UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| CRYSTAL JOHNSON, | ) | Case No. C17-5818-JPD |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING UNOPPOSED |
| | ) | MOTION FOR EAJA FEES, EXPENSES |
| v. | ) | AND COSTS |
| | ) | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) ) | |

This matter comes before the Court on the plaintiff's unopposed motion for attorney fees, expenses and costs under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 and 1920. Dkt. 16. The Commissioner "does not object to this motion." Dkt. 17 at 1. Accordingly, the Court ORDERS that plaintiff's unopposed motion, Dkt. 16, is GRANTED, and that attorney fees in the amount of $6,168.59, expenses in the amount of $37.68, and costs in the amount of $400.00 be awarded to plaintiff.

DATED this 9th day of August, 2018.

*[signature: James P. Donohue]*

JAMES P. DONOHUE
United States Magistrate Judge

ORDER
PAGE - 1